JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRENNAN LANDY individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>vs.<br>LEAPFORWARD FINANCIAL; BAT, INC. DBA COAST PROCESSING; THE LITIGATION PRACTICE GROUP PC; DANIEL S. MARCH; BRIAN REALE and DOES 1 through 10, inclusive, and each of them ,<br>Defendant | Case No.  8:20-cv-00962-DSF-KES<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  April 29, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE